# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 20, 2026

Andrew I. Warden
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
Ben Franklin Station
P.O. Box 883
Washington, DC  20044-0000

     RE:  26-1105  Susan Tincher, et al v. Kristi Noem, et al

Dear Counsel:

     The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

     Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

     The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

CBO

Enclosure(s)

cc: Catherine Ahlin-Halverson
    Clerk, U.S. District Court, District of Minnesota
    Jackson Evert
    Caitlinrose Hoolihan Fisher
    Robert James Gilbertson
    Alicia Lynn Granse
    Janell Gruber
    Kathleen Jacobs
    Virginia R. McCalmont
    Teresa Nelson
    Jeremy S.B. Newman
    Kevin C Riach
    Paula Richter
    Rebecca Rogers
    Jacob F. Siegel
    Kyle W. Wislocky

    District Court/Agency Case Number(s):  0:25-cv-04669-KMM

**Caption for Case Number: 26-1105**

Susan Tincher, on behalf of themselves and other similarly situated individuals; John Biestman, on behalf of themselves and other similarly situated individuals; Janet Lee, on behalf of themselves and other similarly situated individuals; Lucia Webb, on behalf of themselves and other similarly situated individuals; Abdikadir Noor, on behalf of themselves and other similarly situated individuals; Alan Crenshaw, on behalf of themselves and other similarly situated individuals

   Plaintiffs - Appellees

v.

Kristi Noem, Secretary, U.S. Department of Homeland Security (DHS), in their official capacities; Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement (ICE), in their official capacities; Marcos Charles, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE, in their official capacities; David Easterwood, Acting Field Office Director, ERO, ICE Saint Paul Field Office, in their official capacities; John Condon, Acting Executive Associate Director, Homeland Security Investigations (HSI), in their official capacities; Department of Homeland Security; Unidentified Federal Agencies, in their official capacities; Unidentified Federal Agents, in their official capacities

   Defendants - Appellants

**Addresses for Case Participants:   26-1105**

Andrew I. Warden
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
Ben Franklin Station
P.O. Box 883
Washington, DC  20044-0000

Catherine Ahlin-Halverson
AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA
2828 University Avenue, S.E.
Minneapolis, MN  55114

Clerk, U.S. District Court, District of Minnesota
U.S. DISTRICT COURT
District of Minnesota
300 S. Fourth Street
Minneapolis, MN  55415-0000

Jackson Evert
FORSGREN & FISHER
Capella Tower, Suite 1500
225 S. Sixth Street
Minneapolis, MN  55402

Caitlinrose Hoolihan Fisher
FORSGREN & FISHER
Capella Tower, Suite 1500
225 S. Sixth Street
Minneapolis, MN  55402

Robert James Gilbertson
FORSGREN & FISHER
Capella Tower, Suite 1500
225 S. Sixth Street
Minneapolis, MN  55402

Alicia Lynn Granse
AMERICAN CIVIL LIBERTIES UNION
P.O. Box 14720
Minneapolis, MN  55414

Janell Gruber
U.S. DISTRICT COURT
District of Minnesota
Warren E. Burger Federal Building
316 N. Robert Street
Saint Paul, MN  55101-0000

Kathleen Jacobs
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005

Virginia R. McCalmont
FORSGREN & FISHER
Capella Tower, Suite 1500
225 S. Sixth Street
Minneapolis, MN 55402

Teresa Nelson
AMERICAN CIVIL LIBERTIES UNION
P.O. Box 14720
Minneapolis, MN 55414

Jeremy S.B. Newman
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005

Kevin C Riach
125 Main Street, S.E.
Suite 339
Minneapolis, MN 55414

Paula Richter
U.S. DISTRICT COURT
District of Minnesota
300 S. Fourth Street
Minneapolis, MN 55415-0000

Rebecca Rogers
FORSGREN & FISHER
Capella Tower, Suite 1500
225 S. Sixth Street
Minneapolis, MN 55402

Jacob F. Siegel
CIRESI & CONLIN
Suite 4000
225 S. Sixth Street
Minneapolis, MN 55402

Kyle W. Wislocky
CIRESI & CONLIN
Suite 4000
225 S. Sixth Street
Minneapolis, MN 55402