UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Susan Tincher, et al. vs. Kristi Noem, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 26-1105 for the following party(s): (please specify)

All Defendants-Appellants

[✔] Appellant(s) [ ] Petitioner(s) [ ] Appellee(s) [ ] Respondent(s) [ ] Amicus Curiae [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Brenna H. Scully s/: Brenna H. Scully

Firm Name: U.S. Department of Justice

Business Address: 950 Pennsylvania Avenue NW

City/State/Zip: Washington, DC 20530

Telephone Number (Area Code): 202-880-6114

Email Address: brenna.scully@usdoj.gov

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on 1/20/2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: