# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 26-1105

Susan Tincher, on behalf of themselves and other similarly situated individuals, et al.

Appellees

v.

Kristi Noem, Secretary, U.S. Department of Homeland Security (DHS), in their official capacities, et al.

Appellants

---

Appeal from U.S. District Court for the District of Minnesota
(0:25-cv-04669-KMM)

---

**ORDER**

The motion for an administrative stay of the preliminary injunction issued by the district court pending the Court's consideration of the Government's motion for a stay pending appeal is granted.

January 21, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Susan E. Bindler