No. 26-1105

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

SUSAN TINCHER, *et al.*,

*Petitioner,*

v.

KRISTI NOEM, *in her official capacity as Secretary of U.S. Department of Homeland Security, et al.,*

*Respondents.*

On Petition for Review from the United States District Court of Minnesota

**OPPOSED MOTION FOR LEAVE TO FILE
BRIEF OF IOWA AND 20 STATES
SUPPORTING APPELLANT'S EMERGENCY MOTION FOR
STAY PENDING APPEAL AND REVERSAL**

BRENNA BIRD
Attorney General of Iowa

ERIC WESSAN
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
(515) 281-4209 (fax)
January 21, 2026                    eric.wessan@ag.iowa.gov

*Counsel for Amicus Iowa Attorney General's Office
(Additional counsel listed after signature block)*

The States of Iowa and 20 additional States respectfully move for leave to submit the attached *amicus curiae* brief in support of Defendant-Appellant and their requested emergency stay of the district court's preliminary injunction. Proposed *amici* are States with a vested interest in law enforcement and enforcing immigration laws.

*Amici* States agree that the district court improperly enjoined ongoing law enforcement actions intended to protect Minnesotans in Minneapolis. *Amici* States also have a vested interest in the correct application of analysis to impose class-wide relief under Rule 23 and the mandatory nature of Rule 65. *See* Fed. R. Civ. P. 23; Fed. R. Civ. P. 65(c). States are frequent targets of preliminary injunctive relief, including by so-called "putative" classes and ensuring fidelity to the federal Rules in determining the availability of such relief is vital.

The Federal Rules generally suggest a liberal attitude toward accepting *amicus curiae* briefs submitted by the federal government or the States. Most courts "look to the Federal Rules of Appellate Procedure for guidance on permitting amicus briefs." *Friends of Animals v. United States Fish & Wildlife Serv.*, 2021 WL 4440347, at *1 (D. Utah 2021); *see Adams v. City of Chicago*, 1995 WL 491496, at *1 (N.D. Ill. Aug. 11, 1995).

1

The Federal Rules of Appellate Procedure allow a State to file an amicus brief "without the consent of the parties or leave of court." Fed. R. App. P. 29(a)(2). That rule reveals a strong policy preference for allowing States to provide their perspective and represent their interests.

Because of the States's important role in our Constitutional order in our federalist system, the States have a unique perspective "that can help the court beyond the help that the lawyers for the parties are able to provide." *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7th Cir. 1997). This Court would benefit from following the guidance of the Federal Rules of Appellate Procedure and granting the motion.

Defendant-Applicant consents to the motion. Plaintiffs oppose the motion on the grounds that they believe Federal Rule of Appellate Procedure 29 does not allow for *amicus curiae* briefs in support of motions. *But see, e.g.,* Brief of Iowa and 18 States as Amici Curiae Supporting Appellant's Emergency Motion for Injunction Pending Appeal, *Female Athletes United v. Ellison*, No. 25-2899 (8th Cir. Oct. 13, 2025) (Eighth Circuit accepted amicus in support of Appellant's emergency motion); Brief of Washington and 12 States as Amici Curiae

Appellate Case: 26-1105     Page: 3     Date Filed: 01/21/2026 Entry ID: 5599299

Opposing Appellant's Emergency Motion for Injunction Pending Appeal, *Female Athletes United v. Ellison*, No. 25-2899 (8th Cir. Oct. 30, 2025) (Eighth Circuit accepted amicus opposing Appellant's emergency motion).

## **CONCLUSION**

For the above reasons, the State of Iowa and 20 other States request the Court's leave to file an *amicus curiae* brief supporting Plaintiff.

January 21, 2026

Respectfully submitted,

BRENNA BIRD
Iowa Attorney General

*/s/ Eric Wessan*
ERIC WESSAN
*Solicitor General*
Hoover State Office Building
1305 East Walnut Street
Des Moines, Iowa 50319
Phone: (515) 823-9117
eric.wessan@ag.iowa.gov

*Counsel for the State of Iowa*

3

# CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the type-volume limitation of Fed. R. App. P. 29(a)(5) because this brief contains 459 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

This brief also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(5) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Dated: January 21, 2026

/s/ *Eric H. Wessan*
Solicitor General

# CERTIFICATE OF SERVICE

The undersigned certifies that on the twenty-first day of January, 2026, this brief was electronically filed with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

/s/ *Eric H. Wessan*
Solicitor General

4

Appellate Case: 26-1105   Page: 5   Date Filed: 01/21/2026 Entry ID: 5599299