# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: _Susan Tincher, et al._ vs. _Kristi Noem, et al._

**The Clerk will enter my appearance as Counsel in Appeal No.** 26-1105 for the following party(s): (please specify)

Susan Tincher, John Biestman, Janet Lee, Lucia Webb, Abdikadir Noor, and Alan Crenshaw, on behalf of themselves and other similarly situated individuals.

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: _Robert J. Gilbertson_  s/: _Robert J. Gilbertson_

Firm Name: _Forsgren Fisher McCalmont DeMarea Tysver LLP_

Business Address: _1500 Capella Tower, 225 South Sixth Street_

City/State/Zip: _Minneapolis, MN 55402_

Telephone Number (Area Code): _612-474-3300_

Email Address: _bgilbertson@forsgrenfisher.com_

### CERTIFICATE OF SERVICE

☑ I hereby certify that on _1/22/2026_, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: