# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 26-1105

Susan Tincher, on behalf of themselves and other similarly situated individuals, et al.

Appellees

v.

Kristi Noem, Secretary, U.S. Department of Homeland Security (DHS), in their official capacities, et al.

Appellants

------------------------------

State of Alabama, et al.

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the District of Minnesota
(0:25-cv-04669-KMM)

_____

**ORDER**

The motion of State of Iowa and 20 States for leave to file a brief amicus curiae is

granted, subject to review of the brief for compliance with the rules of procedure.

January 23, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler