# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Susan Tincher, et al. vs. Kristi Noem, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 26-1105 for the following party(s): (please specify)

Susan Tincher, John Biestman, Janet Lee, Lucia Webb, Abdikadir Noor, and Alan Crenshaw, on behalf of themselves and other similarly situated individuals.

☐ Appellant(s) ☐ Petitioner(s) ☑ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Alicia Granse    s/: Alicia Granse

Firm Name: American Civil Liberties Union of Minnesota

Business Address: P.O. Box 14720

City/State/Zip: Minneapolis, MN 55414

Telephone Number (Area Code): (612) 274-7790

Email Address: agranse@aclu-mn.org

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 1/23/2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: