# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

January 26, 2026

Brenna Helene Scully
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

RE:  26-1105  Susan Tincher, et al v. Kristi Noem, et al

Dear Counsel:

The court has issued an opinion in this case.

Susan E. Bindler
Clerk of Court

AMT

Enclosure(s)

cc:     Catherine Ahlin-Halverson
        Clerk, U.S. District Court, District of Minnesota
        Jackson Evert
        Caitlinrose Hoolihan Fisher
        August E Flentje
        Robert James Gilbertson
        Alicia Lynn Granse
        Kathleen Jacobs
        Virginia R. McCalmont
        Teresa Nelson
        Jeremy S.B. Newman
        Kevin C Riach
        Rebecca Rogers
        Jacob F. Siegel
        Andrew I. Warden
        Eric H. Wessan
        Kyle W. Wislocky

        District Court/Agency Case Number(s):   0:25-cv-04669-KMM