# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

January 26, 2026

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

    RE:  26-1105  Susan Tincher, et al v. Kristi Noem, et al

Dear Sir or Madam:

    An opinion was filed today in the above case.

    If you have any questions concerning this case, please call this office.

        Susan E. Bindler
        Clerk of Court

AMT

Enclosure(s)

cc:  Lois Law
    MO Lawyers Weekly

    District Court/Agency Case Number(s):  0:25-cv-04669-KMM