# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1105

Susan Tincher, on behalf of themselves and other similarly situated individuals, et al.

Appellees

v.

Kristi Noem, Secretary, U.S. Department of Homeland Security (DHS), in their official capacities, et al.

Appellants

------------------------------

State of Alabama, et al.

Amici on Behalf of Appellant(s)

___

Appeal from U.S. District Court for the District of Minnesota
(0:25-cv-04669-KMM)

___

**ORDER**

Pursuant to the Court's Opinion filed on January 26, 2026, the parties are directed to comply with the following expedited briefing deadlines:

Appellants' brief and appendix are due February 6, 2026.

Appellees' brief is due February 17, 2026.

Appellants' reply brief is due February 24, 2026.

January 27, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
     /s/ Susan E. Bindler