# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: _Susan Tincher, et al._ vs. _Kristi Noem, et al._

**The Clerk will enter my appearance as Counsel in Appeal No.** _26-1105_ for the following party(s): (please specify)

Susan Tincher, John Biestman, Janet Lee, Lucia Webb, Abdikadir Noor, and Alan Crenshaw on behalf of themselves and other similarly situated individuals.

☐ Appellant(s) ☐ Petitioner(s) ☑ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: _Esha Bhandari_ s/: _Esha Bhandari_

Firm Name: _American Civil Liberties Union Foundation_

Business Address: _125 Broad Street, Floor 18_

City/State/Zip: _New York, NY 10004_

Telephone Number (Area Code): _(212) 549-2500_

Email Address: _ebhandari@aclu.org_

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on _1.30.2026_, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: