# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: __Susan Tincher, et al.__ vs.__Kristi Noem, et al.__

**The Clerk will enter my appearance as Counsel in Appeal No.** __26-1105__ for the following party(s): (please specify)

Susan Tincher, John Biestman, Janet Lee, Lucia Webb, Abdikadir Noor, and Alan Crenshaw on behalf of themselves and other similarly situated individuals.

☐ Appellant(s) ☐ Petitioner(s) ☒ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: __Scarlet Kim__ s/: __Scarlet Kim__

Firm Name: __American Civil Liberties Union Foundation__

Business Address: __125 Broad Street, Floor 18__

City/State/Zip: __New York, NY 10004__

Telephone Number (Area Code): __(212) 549-2500__

Email Address: __ScarletK@aclu.org__

---

### CERTIFICATE OF SERVICE

☒ I hereby certify that on __1.30.2026__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: