# IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

SUSAN TINCHER, ET AL.,

*Plaintiffs-Appellees,*

VS.

KRISTIN NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,

*Defendants-Appellants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
CASE NO.: 25-CV-04669-KMM-DTS
THE HONORABLE KATHERINE MENENDEZ

## PLAINTIFFS-APPELLEES' MOTION TO STAY PROCEEDINGS

Esha Bhandari (#4923140)
Brian Hauss (#5437751)
Scarlet Kim (#5025952)
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, Floor 18
New York, NY 10004
(212) 549-2500
ebhandari@aclu.org
bhauss@aclu.org
ScarletK@aclu.org

Kyle W. Wislocky (#393492)
Jacob F. Siegel (#399615)
**CIRESI CONLIN LLP**
225 South 6th Street, Suite 4000
Minneapolis, MN 55402
(612) 361-8200
KWW@ciresiconlin.com
JFS@ciresiconlin.com

Teresa Nelson (#269736)
Catherine Ahlin-Halverson (#350473)
Alicia Granse (#400771)
**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 529-1692
tnelson@aclu-mn.org
cahlin@aclu-mn.org
agranse@aclu-mn.org

Kevin C. Riach (#389277)
**THE LAW OFFICE OF KEVIN C. RIACH**
125 Main St. SE, Suite 339
Minneapolis, MN 55414
(612) 203-8555
kevin@riachdefense.com

Robert J. Gilbertson (#22361X)
Caitlinrose H. Fisher (#398358)
Virginia R. McCalmont (#399496)
Jackson C. Evert (#402214)
Rebecca R. Rogers (#403827)
**FORSGREN FISHER MCCALMONT DEMAREA TYSVER LLP**
225 South Sixth St., Suite 1500
Minneapolis, MN 55402
Tel: (612)-474-3310
bgilbertson@forsgrenfisher.com
cfisher@forsgrenfisher.com
vmccalmont@forsgrenfisher.com
jevert@forsgrenfisher.com
rrogers@forsgrenfisher.com

*Attorneys for Plaintiffs-Appellees*

## INTRODUCTION

Appellees file this motion to stay proceedings in this Court, in light of the end of Operation Metro Surge. Yesterday morning, White House Border Czar Tom Homan announced that the administration is concluding Operation Metro Surge, the operation that was the subject of the district court's injunction now before this Court on appeal. (*See, e.g.*, ECF 85 at 81–83). With the Surge now at an end, the injunction granted by the district court—which applied specifically to Operation Metro Surge—will never again be effective. In advance of Tuesday's deadline for Appellees' merits brief, Appellees seek an immediate administrative stay of briefing deadlines and proceedings, to permit time for Appellees to file a motion before the district court to dissolve the injunction (which, by its terms, no longer has any effect). Staying the proceedings in this Court to allow Appellees time to do so will prevent this Court and the parties from spending time and resources on issues that are moot and serves the interests of judicial economy.

## RELEVANT FACTUAL BACKGROUND

When Appellees moved for a preliminary injunction, they sought an injunction that would apply to all DHS "personnel in Minnesota who are

1

part of Operation Metro Surge or any equivalent operation by a different name." (ECF 38 at ¶ 2.a.) The injunction the district court entered, however, was far narrower than that proposed by Appellees. By its terms, the injunction applied *only* to Operation Metro Surge. (ECF 85 at 81 ¶ ("This order applies to individual Plaintiffs and to all persons who do or will in the future record, observe, and/or protest Operation Metro Surge and related operations that have been ongoing in this District since December 4, 2025.")). The remainder of the injunction likewise conforms to this circumscribed scope. (*See id.* at ¶ 2 (defining "Covered Federal Agents" in relation to "Operation Metro Surge" and stating "[t]his Injunction applies to Defendants and their officers and agents operating . . . as part of Operation Metro Surge"); at ¶ 4 (requiring dissemination of the order only to Covered Federal Agents who, by definition, were acting as part of Operation Metro Surge)). The court's order further states that, upon the Surge coming to an end, any party may file a motion for its termination. (*Id.* at ¶ 5.)

Yesterday morning, White House Border Czar Tom Homan announced that Operation Metro Surge has come an end, stating "I have proposed, and President Trump has concurred, that this surge operation conclude." (Ex. A, CBS News, Border Czar Says Minnesota ICE Surge Is

2

Ending: "I Don't Want to See Any More Bloodshed.") Upon hearing this news, Appellees reached out yesterday to counsel for Appellants and explained that the injunction, by its terms, applied only to Operation Metro Surge, rendering this appeal moot given that Operation Metro Surge is at an end. Appellants responded earlier today. The parties were unable to reach an agreement to stipulate to dismiss the appeal; while Appellants stated their position that they do not believe the appeal is moot, they did not respond substantively to the points Appellees raised, nor did they offer any reasoning for their position.

## ARGUMENT

Appellees move under Rule 27 of the Federal Rules of Appellate Procedure for an order immediately staying proceedings in this Court so that Appellees may file a motion in the district court seeking to dissolve the preliminary injunction pursuant to Fed. R. Civ. P. 62(d), or in the alternative for an indicative ruling pursuant to Fed. R. Civ. P. 62.1.

Proceeding in that course will serve judicial economy and avoid this Court dedicating time and resources to issuing an advisory opinion. Because the district court's injunction is limited by its terms to Operation Metro Surge and because Appellants have confirmed that Operation Metro Surge is now

3

at an end, the preliminary injunction is no longer of any effect and never will be. *See Stevenson v. Blytheville Sch. Dist. No. 5*, 762 F.3d 765, 768 (8th Cir. 2014) ("[T]he appeal of a preliminary injunction is moot where the *effective time period* of the injunction *has passed.*" (quoting *Brooks v. Georgia State Bd. of Elections*, 59 F.3d 1114, 1119 (11th Cir. 1995) (alteration in original)).

There is no prejudice to the Government from a stay of this appeal. Due to this Court's stay order, the injunction is not currently in effect, so Appellants face no adverse consequences while Appellees proceed in the district court. In contrast, allowing this appeal to proceed on the existing schedule would lead to a waste of the parties' and the Court's resources. Appellees' merits brief is due on Tuesday, but the rapidly changing circumstances have, or at a minimum imminently will, moot the appeal.

## CONCLUSION

Appellees respectfully request that this Court stay proceedings in this Court to permit Plaintiff to seek an order dissolving the preliminary injunction. Should the Court deem it necessary to receive a response from the Government, Appellees respectfully request that the Court enter a temporary administrative stay of Tuesday's deadline for Appellees' merits

brief and all subsequent briefing deadlines until seven days after the Court

rules on the instant motion.

Respectfully submitted,

Dated: February 13, 2026

By: s/Kyle W. Wislocky
Esha Bhandari (#4923140)
Brian Hauss (#5437751)
Scarlet Kim (#5025952)
**AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION**
125 Broad Street, Floor 18
New York, NY 10004
(212) 549-2500
ebhandari@aclu.org
bhauss@aclu.org
ScarletK@aclu.org

Teresa Nelson (#269736)
Catherine Ahlin-Halverson
(#350473)
Alicia Granse (#400771)
**AMERICAN CIVIL
LIBERTIES UNION OF
MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 529-1692
tnelson@aclu-mn.org
cahlin@aclu-mn.org
agranse@aclu-mn.org

5

Kyle W. Wislocky (#393492)
Jacob F. Siegel (#399615)
**CIRESI CONLIN LLP**
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Tel: (612) 361-8233
kww@ciresiconlin.com
jfs@ciresiconlin.com

Robert J. Gilbertson (#22361X)
Caitlinrose H. Fisher (#398358)
Virginia R. McCalmont
(#399496)
Jackson C. Evert (#402214)
Rebecca R. Rogers (#403827)
**FORSGREN FISHER
MCCALMONT DEMAREA
TYSVER LLP**
225 South Sixth St., Suite 1500
Minneapolis, MN 55402
Tel: (612)-474-3310
bgilbertson@forsgrenfisher.com
cfisher@forsgrenfisher.com
vmccalmont@forsgrenfisher.co
jevert@forsgrenfisher.com
rrogers@forsgrenfisher.com

Kevin C. Riach (#389277)
**THE LAW OFFICE OF KEVIN
C. RIACH**
125 Main St. SE, Suite 339
Minneapolis, MN 55414
(612) 203-8555
kevin@riachdefense.com

*Attorneys for Plaintiffs-Appellees*

6

## Certificate of Compliance

This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) and 32(a)(5)-(6) because it contains 1,188 words prepared in Book Antiqua 14-point font, a proportionally spaced typeface, using Word for Microsoft 365.

Pursuant to 8th Cir. Local R. 28A(h)(2), I further certify that this document has been scanned for viruses, and is virus free.

Dated: February 13, 2026

By: s/ Kyle W. Wislocky
Kyle W. Wislocky (#393492)

*Attorneys for Plaintiffs-Appellees*

Appellate Case: 26-1105    Page: 9    Date Filed: 02/13/2026 Entry ID: 5608452

## Certificate of Service

Undersigned counsel hereby certifies that this document was electronically filed by using the CM/ECF system for the United States Court of Appeals for the Eighth Circuit. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: February 13, 2026                    By: s/ Kyle W. Wislocky
                                                 Kyle W. Wislocky (#393492)

                                             *Attorneys for Plaintiffs-Appellees*

Appellate Case: 26-1105   Page: 10   Date Filed: 02/13/2026 Entry ID: 5608452

# EXHIBIT A

Appellate Case: 26-1105    Page: 11    Date Filed: 02/13/2026 Entry ID: 5608452

# Border czar says Minnesota ICE surge is ending: "I don't want to see any more bloodshed"

By Nick Lentz, Stephen Swanson, WCCO Staff, Eric Henderson

Updated on: February 12, 2026 / 5:20 PM CST / CBS Minnesota



Add CBS News on Google

Border czar Tom Homan announced Thursday that Operation Metro Surge in Minnesota is concluding, with a drawdown of federal immigration officers set to occur over the course of next week.

"I have proposed, and President Trump has concurred, that this surge operation conclude," Homan said in a news conference held at the Bishop Henry Whipple Federal Building at Fort Snelling in Minneapolis.

Homan says the decision was made after looking at two major factors: the multitude of "public safety threat" arrests the operation has yielded, and a steep drop in the need for federal officers to call in quick response force teams due to "agitators."

"That is a good thing. That is a win for everybody, not just for the safety of law enforcement officers," Homan said. "It's a win for this community."

He said a "significant drawdown" is already underway in the state, adding, "I don't want to see any more bloodshed."



White House border czar Tom Homan holds a news conference at the Bishop Whipple Federal building on Feb. 12, 2026 in Minneapolis.

Scott McFetridge/AP

Appellate Case: 26-1103    Page: 12    Date Filed: 02/13/2026 Entry ID: 5608452

"We have a lot of work to do across this country to remove public safety risk, who shouldn't even be in this country. And to deliver on President Trump's promise for strong border security and mass deportation, law enforcement officers drawn down from this surge operation will either return to the duty station or be assigned elsewhere to achieve just that."

Gov. Tim Walz, who is spoke on budget proposals for businesses impacted by the surge later Thursday morning, said, "The long road to recovery starts now. The impact on our economy, our schools, and people's lives won't be reversed overnight. That work starts today."

Minneapolis Mayor Jacob Frey also issued a statement in the aftermath of Homan's announcement.

"They thought they could break us, but a love for our neighbors and a resolve to endure can outlast an occupation. These patriots of Minneapolis are showing that it's not just about resistance — standing with our neighbors is deeply American," he said. "This operation has been catastrophic for our neighbors and businesses, and now it's time for a great comeback. We will show the same commitment to our immigrant residents and endurance in this reopening, and I'm hopeful the whole country will stand with us as we move forward together."

The announcement comes the same morning as a number of top Minnesota officials are testifying at a U.S. Senate hearing on immigration enforcement, including Attorney General Keith Ellison, Minnesota Department of Corrections Commissioner Paul Schnell and U.S. House Majority Whip Tom Emmer.

In his opening statement at that hearing, Ellison said Operation Metro Surge has caused "real harm" to Minnesota.

"This war on Minnesota is retribution to be sure — our policies, our values and how we vote," Ellison said. "And it comes at a great cost."

Appellate Case: 26-1705      Page: 13      Date Filed: 02/13/2026 Entry ID: 5608452

Emmer countered, calling the clashes seen in Minnesota as "a direct result of radical sanctuary state and city policies in Minnesota," adding that he believes those policies "turned Minnesota into a safe haven for criminal illegal aliens."

Homan arrived in Minnesota in late January, less than a week after federal officials announced Border Patrol commander Gregory Bovino and some of his agents would be leaving the area.

On Feb. 4, Homan said federal authorities were going to immediately "draw down" 700 law enforcement personnel in Minnesota and that around 2,000 agents would remain in the state. The number was around 150 before the surge.

"My goal, with the support of President Trump, is to achieve a complete drawdown and end this surge as soon as we can, but that is largely contingent upon the end of illegal and threatening activities against ICE and its federal partners that we're seeing in the community," Homan said earlier this month.

Gov. Tim Walz on Tuesday said he expected Operation Metro Surge to last "days, not weeks and months."

White House officials said earlier this month that there have been at least 4,000 arrests in Minnesota connected with the federal operation.

Appellate Case: 26-1105     Page: 14     Date Filed: 02/13/2026 Entry ID: 5608452