# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1105

Susan Tincher, on behalf of themselves and other similarly situated individuals, et al.

Appellees

v.

Kristi Noem, Secretary, U.S. Department of Homeland Security (DHS), in their official capacities, et al.

Appellants

------------------------------

State of Alabama, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:25-cv-04669-KMM)

---

**ORDER**

After consideration of Plaintiffs-Appellees' Motion to Stay Proceedings and the Government's response, the Court will hold this appeal in abeyance until March 6, 2026 pending an indicative ruling by the district court on a motion to dissolve the preliminary injunction. See Fed. R. Civ. Pro. 62.1. If no indicative ruling is entered by that date or the district court denies such a motion, the appeal will proceed in due course.

Judge Stras would deny the motion to stay the appeal.

February 19, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler