# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 19, 2026

Christopher J. Hajec
FEDERATION FOR AMERICAN IMMIGRATION REFORM
Suite 330
25 Massachusetts Avenue, N.W.
Washington, DC  20001

RE:  26-1105  Susan Tincher, et al v. Kristi Noem, et al

Dear Counsel:

The amicus curiae brief of the Federation for American Immigration Reform has been filed. If you have not already done so, please complete and file an Appearance form.  You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

Susan E. Bindler
Clerk of Court

NDG

Enclosure(s)

cc: Catherine Ahlin-Halverson    Esha Bhandari
    Matt A. Crapo               Jackson Evert
    Caitlinrose Hoolihan Fisher August E Flentje
    Robert James Gilbertson     Alicia Lynn Granse
    Brian Matthew Hauss         Kathleen Jacobs
    Scarlet Kim                 Virginia R. McCalmont
    Teresa Nelson               Jeremy S.B. Newman
    Kevin C Riach               Rebecca Rogers
    Brenna Helene Scully        Jacob F. Siegel
    Andrew I. Warden            Eric H. Wessan
    Kyle W. Wislocky

District Court/Agency Case Number(s):   0:25-cv-04669-KMM