No. 26-1105

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

SUSAN TINCHER, ET AL.,

*Plaintiffs-Appellees,*

vs.

KRISTIN NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,

*Defendants-Appellants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
CASE NO.: 25-CV-04669-KMM-DTS
THE HONORABLE KATHERINE MENENDEZ

**PLAINTIFFS-APPELLEES' NOTICE PURSUANT
TO FEDERAL RULE OF APPELLATE PROCEDURE 12.1**

Esha Bhandari
Brian Hauss
Scarlet Kim
**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION**
125 Broad Street, Floor 18
New York, NY 10004
(212) 549-2500
ebhandari@aclu.org

Kyle W. Wislocky
Jacob F. Siegel
**CIRESI CONLIN LLP**
225 South 6th Street, Suite 4000
Minneapolis, MN 55402
(612) 361-8200
KWW@ciresiconlin.com
JFS@ciresiconlin.com

bhauss@aclu.org
ScarletK@aclu.org
Teresa Nelson
Catherine Ahlin-Halverson
Alicia Granse
**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 529-1692
tnelson@aclu-mn.org
cahlin@aclu-mn.org
agranse@aclu-mn.org

Kevin C. Riach
**THE LAW OFFICE OF KEVIN C. RIACH**
125 Main St. SE, Suite 339
Minneapolis, MN 55414
(612) 203-8555
kevin@riachdefense.com

Robert J. Gilbertson
Caitlinrose H. Fisher
Virginia R. McCalmont
Jackson C. Evert
Rebecca R. Rogers
**FORSGREN FISHER MCCALMONT DEMAREA TYSVER LLP**
225 South Sixth St., Suite 1500
Minneapolis, MN 55402
Tel: (612)-474-3310
bgilbertson@forsgrenfisher.com
cfisher@forsgrenfisher.com
vmccalmont@forsgrenfisher.com
jevert@forsgrenfisher.com
rrogers@forsgrenfisher.com

*Attorneys for Plaintiffs-Appellees*

Pursuant to Federal Rule of Appellate Procedure 12.1(a), Plaintiffs-Appellees hereby notify the Court of Appeals that the United States District Court for the Minnesota has issued an indicative ruling under Federal Rule of Civil Procedure 62.1. *See* ECF 246, attached hereto as **Exhibit A**.

In the appeal currently pending in this Court, Plaintiffs-Appellees filed a Motion to Stay Proceedings which the Court granted on February 19, 2026. Plaintiffs-Appellees timely filed their motion for Motion for Indicative Ruling Pursuant to Fed. R. Civ. P. 62.1 on February 23, 2026. Defendants-Appellants opposed. On March 5, 2026, the district court indicated "that it would grant a motion to dissolve the January 16, 2026 Preliminary Injunction (Dkt. 85) as moot if the Court of Appeals remands for that purpose." *See* **Exhibit A** at 9.

Accordingly, Plaintiffs-Appellees respectfully request that this Court 1) remand the case to the District Court to grant the motion to dissolve the preliminary injunction as moot and for further proceedings pursuant to FRAP 12.1(b); 2) vacate this Court's stay order because the injunction became moot during the pendency of the appeal, *see, e.g.*, *Fauconniere Mfg. Corp.*, 794 F.2d at 352 (applying *United States v. Munsingwear, Inc.*, 340 U.S. 36 (1950)); *see also, e.g.*, *Arc of Iowa v. Reynolds*, 33 F.4th 1042, 1045 (8th Cir. 2022) (per

curiam) (vacating a preliminary injunction and this Court's prior opinion when the preliminary injunction became moot during the pendency of the appeal); and 3) dismiss the appeal as moot. Alternatively, to the extent the Court decides to retain jurisdiction over this appeal, Plaintiffs-Appellees respectfully request that the Court 1) remand the case to the District Court to grant the motion to dissolve the preliminary injunction as moot and for further proceedings pursuant to FRAP 12.1(b); and 2) set briefing deadlines for any remaining issues, including vacatur of this Court's stay order, as the Court deems appropriate.

Respectfully submitted,

Dated: March 6, 2026     By: s/Kyle W. Wislocky

Teresa Nelson
Catherine Ahlin-Halverson
Alicia Granse
**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 529-1692
tnelson@aclu-mn.org
cahlin@aclu-mn.org
agranse@aclu-mn.org

4

Kyle W. Wislocky
Jacob F. Siegel
**CIRESI CONLIN LLP**
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Tel: (612) 361-8233
kww@ciresiconlin.com
jfs@ciresiconlin.com

Robert J. Gilbertson
Caitlinrose H. Fisher
Virginia R. McCalmont
Jackson C. Evert
Rebecca R. Rogers
**FORSGREN FISHER MCCALMONT DEMAREA TYSVER LLP**
225 South Sixth St., Suite 1500
Minneapolis, MN 55402
Tel: (612)-474-3310
bgilbertson@forsgrenfisher.com
cfisher@forsgrenfisher.com
vmccalmont@forsgrenfisher.co
jevert@forsgrenfisher.com
rrogers@forsgrenfisher.com

Kevin C. Riach
**THE LAW OFFICE OF KEVIN C. RIACH**
125 Main St. SE, Suite 339
Minneapolis, MN 55414
(612) 203-8555
kevin@riachdefense.com

*Attorneys for Plaintiffs-Appellees*

## Certificate of Compliance

This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) and 32(a)(5)-(6) because it contains 312 words prepared in Book Antiqua 14-point font, a proportionally spaced typeface, using Word for Microsoft 365.

Pursuant to 8th Cir. Local R. 28A(h)(2), I further certify that this document has been scanned for viruses, and is virus free.

Dated: March 6, 2026                         By: <u>s/ Kyle W. Wislocky</u>
                                                               Kyle W. Wislocky
                                                             *Attorneys for Plaintiffs-Appellees*

## Certificate of Service

Undersigned counsel hereby certifies that this document was electronically filed by using the CM/ECF system for the United States Court of Appeals for the Eighth Circuit. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: March 6, 2026     By: s/ Kyle W. Wislocky
                             Kyle W. Wislocky
                             *Attorneys for Plaintiffs-Appellees*