No. 26-1105

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

———————————————

SUSAN TINCHER, et al.,

Plaintiffs-Appellees,

v.

KRISTI NOEM, in her official capacity as Secretary, U.S. Department
of Homeland Security, et al.,

Defendants-Appellants.

———————————————

On Appeal from the United States District Court
for the District of Minnesota

———————————————

**MOTION TO DISMISS APPEAL**

———————————————

BRETT A. SHUMATE
  *Assistant Attorney General*
YAAKOV M. ROTH
  *Principal Deputy Assistant Attorney
  General*
ERIC D. McARTHUR
  *Deputy Assistant Attorney General*

MARK R. FREEMAN
AUGUST FLENTJE
BRENNA H. SCULLY
  *Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Avenue NW
  Washington, DC 20530
  (202) 880-6114*

Pursuant to this Court's order of March 12, 2026, and Federal Rule of Appellate Procedure 12.1(b), the government hereby notifies the Court that on remand the district court dissolved as moot the preliminary injunction that is the subject of this appeal. *See* R. Doc. 324. Accordingly, and pursuant to Federal Rules of Appellate Procedure 27 and 42(b)(2), the government respectfully moves to voluntarily dismiss this appeal, *see Stevenson v. Blytheville Sch. Dist. No. 5*, 762 F.3d 765, 768-69 (8th Cir. 2014).

Plaintiffs do not consent to this motion.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*
ERIC D. MCARTHUR
*Deputy Assistant Attorney General*
MARK R. FREEMAN
AUGUST FLENTJE
/s/ *Brenna H. Scully*
BRENNA H. SCULLY
*Attorneys, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 880-6114*
*Brenna.scully@usdoj.gov*

APRIL 2026

# CERTIFICATE OF COMPLIANCE

This Motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 88 words. This Motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Garamond 14-point font, a proportionally spaced typeface.

Pursuant to Circuit Rule 28A(h)(2), I further certify that the Motion has been scanned for viruses, and the Motion is virus free.

/s/ *Brenna H. Scully*
Brenna H. Scully

# CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, I electronically filed the foregoing

Motion with the Clerk of the Court for the United States Court of Appeals for the

Eighth Circuit by using the appellate CM/ECF system. Service will be accomplished

by the appellate CM/ECF system on all counsel of record.

*/s/ Brenna H. Scully*
Brenna H. Scully

Appellate Case: 26-1105    Page: 4    Date Filed: 04/17/2026 Entry ID: 5630277