# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 23, 2026

Brenna Helene Scully
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

    RE:  26-1105  Susan Tincher, et al v. Markwayne Mullin, et al

Dear Counsel:

    Enclosed is a copy of the dispositive order entered today in the referenced case.

    Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules.

        Susan E. Bindler
        Clerk of Court

NDG

Enclosure(s)

cc:    Catherine Ahlin-Halverson      Esha Bhandari
       Clerk, U.S. District Court, District of Minnesota    Matt A. Crapo
        Jackson Evert       Caitlinrose Hoolihan Fisher
        August E Flentje       Robert James Gilbertson
        Alicia Lynn Granse       Christopher J. Hajec
        Brian Matthew Hauss       Kathleen Jacobs
        Scarlet Kim       Virginia R. McCalmont
        Teresa Nelson       Jeremy S.B. Newman
        Kevin C Riach       Rebecca Rogers
        Jacob F. Siegel       Andrew I. Warden
        Eric H. Wessan       Kyle W. Wislocky

    District Court/Agency Case Number(s):   0:25-cv-04669-KMM