# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No. 26-1105

_____

Susan Tincher, on behalf of themselves and other similarly situated individuals; John Biestman, on behalf of themselves and other similarly situated individuals; Janet Lee, on behalf of themselves and other similarly situated individuals; Lucia Webb, on behalf of themselves and other similarly situated individuals; Abdikadir Noor, on behalf of themselves and other similarly situated individuals; Alan Crenshaw, on behalf of themselves and other similarly situated individuals

Plaintiffs - Appellees

v.

Markwayne Mullin, Secretary, U.S. Department of Homeland Security (DHS), in their official capacities; Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement (ICE), in their official capacities; Marcos Charles, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE, in their official capacities; David Easterwood, Acting Field Office Director, ERO, ICE Saint Paul Field Office, in their official capacities; John Condon, Acting Executive Associate Director, Homeland Security Investigations (HSI), in their official capacities; Department of Homeland Security; Unidentified Federal Agencies, in their official capacities; Unidentified Federal Agents, in their official capacities

Defendants - Appellants

------------------------------

State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Georgia; State of Idaho; State of Indiana; State of Iowa; State of Kansas; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of New Hampshire; State of North Dakota; State of Oklahoma; State of South Carolina; State of South Dakota; State of Texas; State of West Virginia; Federation for American Immigration Reform

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the District of Minnesota
(0:25-cv-04669-KMM)

_____

## JUDGMENT

Before GRUENDER, SHEPHERD, and STRAS, Circuit Judges.

The Government's motion to dismiss the appeal under Fed. R. App. P. 42(b)(2) is granted. Appellees' motion to vacate this court's order granting the Government's motion for a stay pending appeal is denied. See *Tincher v. Noem,* 164 F.4th 1097 (8th Cir. 2026).

April 23, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler