# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 26-1105

Susan Tincher, on behalf of themselves and other similarly situated individuals, et al.

Appellees

v.

Markwayne Mullin, Secretary, U.S. Department of Homeland Security (DHS), in their official capacities, et al.

Appellants

------------------------------

State of Alabama, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:25-cv-04669-KMM)

---

**MANDATE**

In accordance with the judgment of April 23, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 15, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit